IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY G. HARRIS, | ) |
|     Plaintiff, | ) |
| vs. | ) CASE NO. 11-134-SCW |
| LEE RYKER, BRIAN STAFFORD, LT. GOINS, RANDALL BAYLER, and RICHARD R. NIEELSEN, | ) |
|     Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **RICHARD R. NIEELSEN** was dismissed on August 4, 2011 by an Order entered by District Judge Michael J. Reagan (Doc. 5).

Defendants **LEE RYKER, BRIAN STAFFORD, LT. GOINS** were dismissed on January 17, 2013 by an Order entered by Magistrate Judge Stephen C. Williams.

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant **RANDALL BAYLER** and against Plaintiff **LARRY G. HARRIS**.

**IT IS THEREFORE ORDERED** judgment is entered in favor of Defendants **LEE RYKER, BRIAN STAFFORD, LT. GOINS, RANDALL BAYLER, and RICHARD R. NIEELSEN** and against Plaintiff **LARRY G. HARRIS**.

Plaintiff shall take nothing from this action.

**DATED** this 14th day of May, 2013

NANCY J. ROSENSTENGEL, CLERK

BY: S/ Angela Vehlewald
    Deputy Clerk

Approved by    s/ Stephen C. Williams
    United States Magistrate Judge
    Stephen C. Williams